IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAULA STRACK and
KEVIN HARTOEBBEN,

    Plaintiffs,

v.                       Case No. 11-cv-527-DRH

KRAMER & FRANK, P.C.,
a Missouri Professional
Corporation,

    Defendant.

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 19). The Court hereby acknowledges the stipulation and finds that all plaintiffs' claims against defendant are dismissed with prejudice, each party to bear their own fees and costs. The Clerk is instructed to close the file and enter judgment accordingly.

    **IT IS SO ORDERED.**

    Signed this 18th day of October, 2011.

Digitally signed by David R. Herndon
Date: 2011.10.18 13:51:34 -05'00'

**Chief Judge**
**United States District Court**