IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAULA STRACK and
KEVIN HARTOEBBEN,

    Plaintiffs,

-vs-

KRAMER & FRANK, P.C.,
A Missouri Professional Corporation,

    Defendant.                               NO. 11-CV-527-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 18, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs and fees.

                                 NANCY J. ROSENSTENGEL,
                                 CLERK OF COURT


                          BY:      /s/*Sandy Pannier*
                                 **Deputy Clerk**

Dated: October 18, 2011

Digitally signed by David R. Herndon
Date: 2011.10.18 15:08:59 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT